# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3580

_____

United States of America,       *
                                      *

           Appellee,            *

                                        *    Appeal from the United States
    v.                            *    District Court for the Western
                                        *    District of Missouri.

Roberto Hi-Locortois, also known as   *
Robert Garcia-Garcia,             *    [UNPUBLISHED]
                                        *

           Appellant.          *

_____

Submitted: April 17, 2003
Filed: April 24, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Roberto Hi-Locortois pleaded guilty to illegally reentering this country after deportation following an aggravated-felony conviction, in violation of 8 U.S.C. § 1326(a) and (b)(2), and was sentenced to 57 months imprisonment and 3 years supervised release. On appeal, he argues that the district court[1] erred in finding two prior sentences--one for a state drug conviction and one for a federal illegal-reentry conviction--were not related for criminal-history purposes under U.S.S.G.

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

§ 4A1.2(a)(2).  Hi-Locortois asserts the cases were consolidated for sentencing, see U.S.S.G. § 4A1.2, comment. (n.3), because the plea agreements for the two offenses were inextricably linked.

The district court did not err in considering the sentences to be unrelated, and thus counting them separately in computing Hi-Locortois's criminal history.  There was no formal order of consolidation, and the proceedings occurred in different courts having separate jurisdictions.  See United States v. Nicholson, 231 F.3d 445, 455-56 (8th Cir. 2000), cert. denied, 532 U.S. 912 (2001); United States v. Watson, 952 F.2d 982, 990-91 (8th Cir. 1991).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.